**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DATE FILED: ________________** |
| **v.** | : | **CRIMINAL NO. ________________** |
| **GIL EDGARDO SOBRADO TRINIDAD** | : | **VIOLATIONS:**<br>**18 U.S.C. § 1542 (making a false statement in a United States passport application - 1 count)**<br>**18 U.S.C. § 1028A (aggravated identity theft - 1 count)** |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

On or about April 18, 2024, in Lancaster, in the Eastern District of Pennsylvania, defendant

**GIL EDGARDO SOBRADO TRINIDAD**

knowingly and willfully made a false statement in an application for a United States passport, with intent to induce and secure for his own use, the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, that is, defendant GIL EDGARDO SOBRADO TRINIDAD stated that his name was "J.I.R.T.," that his date of birth was July 28, 19XX, and that his Social Security Number ended in the digits 4056, which statements he knew to be false.

In violation of Title 18, United States Code, Section 1542.

**COUNT TWO**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 18, 2024, in Lancaster, in the Eastern District of Pennsylvania, and elsewhere, defendant

**GIL EDGARDO SOBRADO TRINIDAD**

knowingly and without lawful authority used a means of identification of another person, that is, J.I.R.T.'s name, date of birth and social security number during and in relation to making a false statement in a United States passport application as charged in Count One of this indictment, knowing that the means of identification belonged to a real person.

In violation of Title 18, United States Code, Section 1028A(a)(1), (c)(7).

A TRUE BILL:

[redacted]

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

GIL EDGARDO SOBRADO TRINIDAD

INDICTMENT

18 U.S.C. § 1542 (making a false statement in a United States passport application - 1 count)
18 U.S.C. § 1028A (aggravated identity theft - 1 count)

[redacted]

Bail, $________________